MINNIE L. GREASON, Respondent, *v.* CHARLES M. HOLCOMB et al., Appellants.

HARRIET E. WHELPLEY, Respondent.

*Greason* v. *Holcomb*, 131 App. Div. 868, affirmed.
(Argued November 9, 1909; decided November 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 23, 1909, which affirmed an order of the Kings County Court overruling exceptions to and confirming the report of a referee in surplus money proceedings.

*William E. Warland* for appellants.

*John McCormick* for defendant, respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.